472 A.2d 249

Commonwealth v. Mason, Appellant.

Submitted October 24, 1983. Kenneth L. Mirsky, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Affirmed.